UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-140-2-BR
No. 5:10-CV-361-BR

| | |
|---|---|
| CHARLES BERNARD ROBINSON )<br>　　　　Petitioner, )<br>　　　　　　　　　　　　　　 )<br>　　v. 　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>UNITED STATES OF AMERICA, )<br>　　　　Respondent. 　　　　　) | O R D E R |

　　　Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

　　　This 14 October 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　W. Earl Britt
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge